NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KASIM McDONALD,                              )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D17-4946
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
_____ )

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.


PER CURIAM.


          Affirmed.  See State v. Matthews, 891 So. 2d 479 (Fla. 2004); Golden v.

State, 870 So. 2d 167 (Fla. 2d DCA 2004); Cooper v. State, 902 So. 2d 945 (Fla. 4th

DCA 2005); Kenon v. State, 780 So. 2d 258 (Fla. 5th DCA 2001).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.